# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: Drake Leifried,
Attorney at Law, Bar No. 16423

Case No.: 2:25-ms-00039-APG

**ORDER OF SUSPENSION**

Attorney Drake Leifried, State Bar No. 16423, was suspended by the State Bar of Nevada on June 18, 2025. On February 20, 2026, I ordered Drake Leifried to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Not Deliverable as Addressed-Unable to Forward." Regardless, the order provided Drake Leifried with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Drake Leifried, State Bar No. 16423, is suspended from practice in United States District Court for the District of Nevada.

DATED this 31st day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 31st day of March, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Drake Leifried
3383 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-0965

Certified Mail No.: 9589 0710 5270 1165 2466 68

<u>/s/ P. Rich</u>
Deputy Clerk
United States District Court,
District of Nevada